1030

DELORIS V. KACZOR, *Individually and as Personal Representative, Appellant,* v. GEORGE ROBERT KACZOR, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 88-2-01411-6, Jim Bates, J., entered March 20, 1991. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Baker, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. QUENTIN T. WOOD, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-01240-0, Richard J. Thorpe, J., entered November 9, 1990. *Reversed* by unpublished opinion per Agid, J., concurred in by Webster, A.C.J., and Baker, J.

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL JEROME PIERRE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-01592-1, Paul D. Hansen, J., entered June 13, 1990. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster, A.C.J., and Baker, J.